HENRY COUNTY, Appellant, v. FARMERS BANK OF WINDSOR.

**In Banc, December 24, 1907.**

Appeal from Pettis Circuit Court.—*Hon. Louis Hoffman,* Judge.

AFFIRMED.

FOX, J.—This is a companion case of Henry County v. Citizens Bank of Windsor, *ante,* page 209. The record discloses the same legal propositions as were involved in that case. Adopting the conclusions upon the legal propositions as reached in Henry County v. Citizens Bank of Windsor, results in the affirmance of the judgment of the trial court. It is so ordered.

*Gantt, C. J., Burgess, Valliant, Lamm* and *Woodson, JJ.*, concur; *Graves, J.*, not sitting.